CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-7234
    Jeremy.Chu@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| YASEMIN ALKAN, | CASE NO. 3:26-cv-01769-LJC |
| Plaintiff, | **STIPULATION TO STAY PROCEEDINGS; ORDER** |
| v. | |
| | Honorable Lisa J. Cisneros |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES *et al.*, | United States Magistrate Judge |
| Defendants. | |

The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until October 1, 2026.  The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

1.    Plaintiff filed this action seeking adjudication of her Form I-589, Application for Asylum and Withholding of Removal.  United States Citizenship and Immigration Services ("USCIS") has now scheduled an interview of Plaintiff for June 30, 2026.  USCIS will work diligently towards completing adjudication of Plaintiff's Form I-589 application, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

2.    Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to ten days prior to a scheduled interview.  Plaintiff recognizes that failure to submit these documents seven to

STIPULATION TO STAY;  ORDER 3:26-
CV-01769-LJC                  1

ten days prior to an interview may result in the interview being rescheduled at no fault of USCIS.

3.    If needed by Plaintiff, Plaintiff may bring her own interpreter to her asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13.  Plaintiff recognizes that failure to bring an interpreter to her interview—if Plaintiff is not fluent in English—may result in the interview being rescheduled at no fault of USCIS.

4.    Upon receipt of the Asylum Office's decision, Plaintiff agrees to voluntarily dismiss the case.

5.    The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until October 1, 2026, at which time the parties will file a joint status report with the Court.  At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket.  A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Date: June 5, 2026                                    Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

By:    */s/ Nag Young Chu*
NAG YOUNG CHU
Assistant United States Attorney

*Attorneys for Defendants*

Date: 06/05/2026

*s/ Marina Kagramanova*
Marina Kagramanova
Okan Immigration Law Group PC

*Attorney for Plaintiff*

STIPULATION TO STAY; ORDER 3:26-
CV-01769-LJC                                        2

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 8, 2026

_____
HON. LISA J. CISNEROS
United States Magistrate Judge